```
 1  ROBERT J. YORIO (SBN 93178)
    JAMES W. LUCEY (SBN 160808)
 2  CARR & FERRELL LLP
    2200 Geng Road
 3  Palo Alto, CA  94303
    Telephone:  (650) 812-3400
 4  Facsimile:  (650) 812-3444

 5  Attorneys for Defendant and Counter-Claimant SOSNOWSKI &
    ASSOCIATES dba MARINER COVE MARINA LLC
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION
```

| | |
|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY, a corporation,<br><br>      Plaintiff,<br><br>v.<br><br>SOSOWSKI & ASSOCIATES dba MARINER COVE MARINA LLC,<br><br>      Defendants, | CASE NO. C 05 0827 ~~BZ~~ JSW<br><br>[~~PROPOSED~~] STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| AND RELATED CROSS ACTION. | |

  Plaintiff and Counter-Defendant ONEBEACON INSURANCE COMPANY ("Onebeacon") and Defendant and Counter-Claimant SOSNOWSKI & ASSOCIATES dba MARINER COVE MARINA ("Mariner Cove") hereby stipulate to the continuance of the Case Management Conference presently set for Friday, July 1, 2005 at 1:30 p.m. because the parties have reached a tentative settlement of the above action and are in the process of formalizing that settlement into a written Settlement Agreement. The additional time is necessary to prepare the written Settlement Agreement.

  Because the parties have reached a tentative settlement and are in the process of preparing a final written Settlement Agreement, good cause exists to continue the Case Management

Conference for a period of time to allow the final Settlement Agreement to be prepared and fully executed. The parties hereby stipulate that the Case Management Conference be continued from July 1, 2005 to a date after August 15, 2005 that is convenient to the Court.

So stipulated.

Dated: June 27, 2005

BULLIVANT HOUSER BAILEY PC

By /s/ Marilyn Raia
MARILYN RAIA, Attorneys for Plaintiff and Counter-Defendant ONEBEACON AMERICA INSURANCE COMPANY, a corporation,

Dated: June 27, 2005

CARR & FERRELL LLP

By /s/ James W. Lucey
JAMES W. LUCEY, Attorneys for Defendant, SOSNOWSKI & ASSOCIATES dba MARINER COVE MARINA LLC

## ORDER

Good cause appearing therefore, the Court hereby continues the Case Management Conference originally set for July 1, 2005 to August 19, 2005 at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 28, 2005

/s/ Jeffrey S. White
JUDGE OF THE U.S. DISTRICT COURT