1  Marilyn Raia, SBN 072300
   BULLIVANT HOUSER BAILEY PC
2  601 California Street, Suite 1800
   San Francisco, California 94108
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4
5  Attorneys for Plaintiff

8                UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11 ONEBEACON AMERICA INSURANCE        Case No.: C05-0827 JSW
   COMPANY, a corporation,
12                                    STIPULATION AND (PROPOSED)
                                      ORDER RE DISMISSAL
13              Plaintiff,
14      vs.
15 SOSNOWSKI & ASSOCIATES dba
   MARINER COVE MARINA LLC,
16
                Defendant.
17

18      This matter having been settled, the parties hereby stipulate and request that this action
19 be dismissed in its entirety with prejudice, each party to bear its own costs and attorneys fees.

20 DATED: Aug 9, 2005              BULLIVANT HOUSER BAILEY PC

21
                                   By _____
22                                    Marilyn Raia
                                      Attorneys for Plaintiff
23
24 DATED: July 26, 2005            CARR & FERRELL LLP

25                                 By _____
                                      James Lucey
26                                    Attorneys for Defendant

27 **SO ORDERED**                  _____
28                                 United States District Judge
   August 10, 2005

STIPULATION AND (PROPOSED) ORDER RE DISMISSAL

6058724.1